**EXHIBIT 2**

| Agency Name | **INCIDENT/INVESTIGATION** | Case# | *2015-01138* |
|---|---|---|---|

**INCIDENT/INVESTIGATION REPORT**

| | Agency Name *Fruitport Police Department* | | | | Case# *2015-01138* |
|---|---|---|---|---|---|

**I N C I D E N T D A T A**

| Agency Name *Fruitport Police Department* | | | Case# *2015-01138* |
|---|---|---|---|
| ORI *MI 6141200* | | | Date / Time Reported *03/15/2015 02:58 Sun* |
| | | | Last Known Secure *03/15/2015 02:58 Sun* |
| Location of Incident *2430 Shettler Rd, Fruitport Township MI 49444-* | Premise Type *Highway/road/alley* | Zone/Tract | At Found *03/15/2015 02:58 Sun* |

| | Crime Incident(s) (Com) *Weapons Offense - Concealed 52001* | Weapon / Tools *Handgun* | | | Activity *P* |
|---|---|---|---|---|---|
| #1 | | Entry | Exit | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

**MO**

**V I C T I M**

| # of Victims *1* | Type: SOCIETY/PUBLIC | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) *State Of Michigan* | Victim of Crime # *1,* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | | |
| Employer Name/Address | | | | Business Phone | | Mobile Phone | | |
| VYR | Make | Model | Style | Color | Lic/Lis | | VIN | |

| CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim) |
|---|

**O T H E R S I N V O L V E D**

| Type: INDIVIDUAL / NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *RUDOLPH, LETICE ANN-STONG* | Victim of Crime # | DOB *02/05/1972* Age *43* | Race *W* | Sex *F* | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address *2891 Black Creek Rd Fruitport Township, MI 494443454* | | | | | | Home Phone *231-670-0572* | | |
| Employer Name/Address | | | | Business Phone | | Mobile Phone | | |
| Type: | | Injury: | | | | | | |
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | | |
| Employer Name/Address | | | | Business Phone | | Mobile Phone | | |

**P R O P E R T Y**

| 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
| 1 | SEM | SAFE | $0.00 | | 1 | SEMI AUTOMATIC PISTOL | 22/STERLING/.r. | E070152 |
| | 03 | 9 | $0.00 | | 1 | 2013 SIL, CNZ6268 MI | JEEP Wrangler | 1C4AJWAG2DL644460 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *HODGES, JAMES DEAN (FPPDJDH1)* | | |
|---|---|---|
| Invest ID# *(0)* | | Supervisor *(0)* |

**Status**

| Complainant Signature | Case Status *03/15/2015* | Case Disposition: | Page 1 |
|---|---|---|---|

| , 6X2GNN1 # fppdbjr1 | Sys#: 1 | 03/16/2015 10:22:28 |
|---|---|---|

**INCIDENT/INVESTIGATION REPORT**

, 6X2GNN1 # Jppdbjr1  03/16/2015 10:22

Page 2

*Fruitport Police Department*

| Case# | 2015-01138 |

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

Page 2

**NARRATIVE**

T/S for speed result in CCW violation.

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Fruitport Police Department | | 2015-01138 |
| Victim | Offense | Date / Time Reported |
| Society | WEAPONS OFFENSE – CONCEALED | Sun 03/15/2015 02:58 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

NATURE:

On 3/15/2015 at approximately 02:55 a.m. while working an OWI enforcement assignment I was traveling NB Sheridan Dr. near Shettler Rd. I observed a vehicle traveling SB Sheridan Dr. near Sheringer at what appeared to be above the posted 45 mph speed zone. I activated my moving radar and clocked the vehicle at a steady 60 mph until he had to slow and stop for the stop sign at the intersection.

The vehicle then turned EB on Shettler Rd. where I activated a traffic stop on the silver Jeep.

CONTACT DRIVER (Kyle Rudolph):

I approached the driver's side of the vehicle and made contact with the male driver who was identified as Kyle Rudolph. I asked Kyle for his driver's license, registration and proof of insurance. Kyle provided me with his Michigan license and the requested vehicle paperwork.

I asked Kyle where he was coming from tonight. Kyle told me he was coming from his ex-wife's house near Wesco on Black Creek. I asked Kyle how long they had been separted, he replied "separated since 2011, divorced since 2012".

I could smell an odor of intoxicants coming from inside the vehicle and asked Kyle how much alcohol he had to drink tonight, he replied "4 drinks earlier".

LEIN/SOS INFORMATION:

I returned to my patrol vehicle and queried the driver Kyle Rudolph via LEIN/MCT. Kyle returned with a valid license and showed no wants.

VEHICLE INFORMATION:

I queried the vehicle registration plate CNZ6268 via LEIN/MCT, it returned valid and no stolen.

SFST'S:

I made contact with Kyle and had him step out of the vehicle to perform tests. Upon Kyle stepping out of the vehicle he said "I have to tell you something" and then reached in his back left pants pocket before I could say anything and removed a small .22 caliber pistol.

I then removed the pistol from his hand and made the weapon safe. Ofc Babinec then pulled up to assist me on this traffic stop and the weapon was handed to him to be secured in my patrol vehicle.

I patted Kyle down for any further weapons and did not locate any.

I then conducted HGN, One leg stand and Walk and turn tests on Kyle. There were slight signs of impairment during

| | |
|---|---|
| Reporting Officer: HODGES, JAMES DEAN | Page 3 |
| 6X2GNN1 # fppdbjrl 03/16/2015 10:22 | |

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Fruitport Police Department* | | *2015-01138* |
| Victim | Offense | Date / Time Reported |
| *Society* | *WEAPONS OFFENSE - CONCEALED* | *Sun 03/15/2015 02:58* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

the test.

A PBT was then offered to Kyle and it showed a result of .00.

INTERVIEW DRIVER:

I questioned Kyle as to why he had a pistol on his person. The gun did not have a magazine with it or a bullet loaded in the chamber.

Kyle told me he was just at his ex-wife's (Letti) house and she was suicidal with a gun out, Kyle told me he was at her house for over an hour talking to her and then took the gun so she did not harm herself.

Kyle told me he recieved a text from Letti around 01:00 a.m stating "good bye". Kyle said he also recieved a text from his son saying "she has the .22 out, will you go over there".

Kyle said he then went to the house and talked to Letti for over an hour. He told me she was intoxicated and just said she did not want to live anymore. Kyle said after talking he took the gun which was already out and then left to go home, when I stopped him.

I asked Kyle if I could look through his phone after we completed the SFST's, which he agreed to. Kyle provided me with the lock code for his Iphone 6 and I then went to his text messages. I observed a text from (Ex) at 01:06 a.m. stating "Good bye". Kyle then responded "what does that mean" and then a second message "hello". Kyle did not get any answer from her.

Kyle then told me to look at the text from his son (Loghan). I observed a text message from (Loghan) stating "she has the .22 out will you go over there". There was then other messages back and forth from (Loghan) and (Kyle) with Kyle stating he was at the house talking to her and Kyle asking how it was going.

ADDITIONAL INFORMATION:

Ofc Babinec obtained the address for Letece Rudolph, 2891 Black Creek Rd. and requested Ofc Atkinson respond to this address for a check well being while speaking with him.

Ofc Babinec also cleared and responded to this location. I had just cleared the traffic stop when I was advised by Ofc Babinec they were unable to make contact at the door.

I then drove behind Kyle's vehicle and followed him to his residence at 4130 S Walker Rd. to make further contact with him. I asked Kyle to call Letti on his phone and see if she would answer. The phone call was answered and I spoke to Letti. I asked Letti to step outside and speak with the officers that were at her house. She complied with this request without further incident.

Ofc Babinec then transported Letti to Hackley ER for an evaluation.

| | |
|---|---|
| Reporting Officer: *HODGES, JAMES DEAN* | Page 4 |
| 6X2GNN1 # fppdbjrl  03/16/2015 10:22 | |

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Fruitport Police Department* | | *2015-01138* |
| Victim | Offense | Date / Time Reported |
| *Society* | *WEAPONS OFFENSE - CONCEALED* | *Sun 03/15/2015 02:58* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

EVIDENCE:

The Sterling .22 L.R. (Stainless) was confiscated from Kyle Rudolph and will be held at FPPD for safe keeping. (Serial #: E070152).

The weapon was checked via LEIN/NCIC by dispatch and returned no stolen. The gun showed to be registered to Letecia Stong.

The gun will be placed into evidence at this time for safe keeping only.

STATUS:

Kyle Rudolph was given a warning for the speeding violation. He was also explained the proper gun laws and transport requirments for future reference. He was given a warning for the CCW violation based on the circumstances.

Ofc J.Hodges 22244

## Incident Report Suspect List

*Fruitport Police Department*

OCA: *2015-01138*

| 1 | Name (Last, First, Middle)<br>*RUDOLPH, KYLE WILLIAM*<br><br>Business Address | | | | Also Known As | | | | | Home Address<br>*4130 S WALKER RD*<br>*FRUITPORT TOWNSHIP, MI 49444*<br>*231-557-6897* |

| DOB.<br>*02/29/1976* | Age<br>*39* | Race<br>*W* | Sex<br>*M* | Eth<br>*N* | Hgt<br>*509* | Wgt<br>*188* | Hair | Eye<br>*BLU* | Skin | Driver's License / State.<br>*R341485887156 MI* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel | | |
| | | | | | | | | Mode of Travel | | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes                                                          Physical Char

## Incident Report Related Vehicle List

*Fruitport Police Department*

OCA: *2015-01138*

| | VehYr/Make/Model | | Style | | Color | Lic/Lis | | Vin | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | *2013 JEEP, Wrangler* | | *2D* | | *SIL* | *CNZ6268 MI 2016* | | *1C4AJWAG2DL644460* | |

| IBR Status | | Date | | Location | |
|---|---|---|---|---|---|
| *Unknown/ Other* | | *03/15/2015* | | *2430 SHETTLER RD, FRUITPORT TOWNSHIP MI* | |

| Condition | | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|---|
| | | *$0.00* | | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Rudolph, Kyle William* | | *4130 S WALKER RD* |
| Business Address | | *FRUITPORT TOWNSHIP, MI 49444* |
| | | *231-557-6897* |

| DOB. | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| *02/29/1976* | *39* | *W* | *M* | *509* | *188* | |

Notes

---

## Incident Report Related Property List

*Fruitport Police Department*

OCA: *2015-01138*

| 1 | Property Description *SEMI AUTOMATIC PISTOL* | | Make *STERLING* | | Model *L.R.* | | Caliber *22* |
|---|---|---|---|---|---|---|---|
| | Color *Chrome/ Stainless* | Serial No. *E070152* | NIC # | Value *$0.00* | Qty *1.000* | Unit | Jurisdiction *Locally* |
| | Status *Safe Keeping* | Date *03/15/2015* | | State # | Local # | | OAN |
| | Name (Last, First, Middle) *Rudolph, Letice Ann-stong* | | | DOB *02/05/1972* | Age *43* | Race *W* | Sex *F* |

Notes