# EXHIBIT E



DEPOSITION EXHIBIT
Longoria # 3
7.24.17

## FRUITPORT TOWNSHIP POLICE DEPARTMENT
## COMPLAINT RECEIPT FORM:
## CITIZEN / OUTSIDE AGENCY COMPLAINTS

This Department adheres to the policy of investigating all allegations of misconduct or complaints regarding the policies or procedures of the Department. The goal of the Department is to ensure that objectivity, fairness, and justice are assured by intensive impartial investigation and review.

Unless the complaint and allegation is of such magnitude that it requires additional time, all complaints will be resolved in a prompt and timely fashion as soon as practicable upon receipt of the initial complaint. During the course of an investigation, the Chief of Police or his designee shall notify you concerning the status of the complaint. The Chief of Police will notify you of the finding of the investigation conducted by the Department.

Your Name: Leticia Ann Rudolph

Your Address: 2851 Black Creek Rd
Muskegon, MI 49444

Your Phone Number: Daytime (231) 672-0572  Evening (___)

Date and Time of the Incident: 3/15/15   2:58 AM

Location of Incident: 2861 Black Creek Rd Muskegon MI

Reason for the Complaint: To be a woken to have two police officers ask if I was suicidal because of what my ex husband stated. Again, to be awoken in my home and then because officer stated I slurred which enabled him to grab me cuff me, drag me outside w/no shoes to cop car. My civil rights were violated. I never once stated I was suicidal.

Your Signature: L. Rudolph

Today's Date: 3-23-15   Time Now: 1431 Hrs / 04-06/2015
(DATE RECEIVED)

Supervisor or Officer Receiving the Complaint:

Name: Brian A. Morningstar  Rank: LT  I.D.# 22219

Related Incident Report Number: 2015-01138

Date Report Received: _____  Time Received: _____

Routed to: _____

Administrative Control #: _____   Assigned to: _____