UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LETICIA RUDOLPH,

    Plaintiff,

v.

DANIEL T. BABINEC, ROBERT A. ATKINSON,
in their individual and official capacities,
and the TOWNSHIP OF FRUITPORT,

    Defendants.

CASE NO: 1:17-cv-125
HON. JANET T. NEFF

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>(248) 698-3321-fax<br>Amy.derouin@cjtrainor.com | MCGRAW MORRIS, P.C.<br>G. GUS MORRIS (P32960)<br>CHRISTOPHER J. RAITI (P68600)<br>AMANDA MARIE ZDARSKY (P81443)<br>Attorneys for Defendants<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI 48084<br>248-502-4000<br>248-502-4001-fax<br>gmorris@mcgrawmorris.com<br>craiti@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |
|---|---|

**STIPULATED ORDER FOR STAY OF PROCEEDINGS**

Pending interlocutory appeal filed by the individually named Defendants, DANIEL T. BABINEC and ROBERT A. ATKINSON, on August 7, 2018 [Dkt. 60), and the parties hereto being in agreement that this matter should be stayed pending a ruling on said appeal, and the court being further fully advised;

**IT IS ORDERED** that this action be and hereby is stayed until such time as a ruling has been made on the aforesaid interlocutory appeal.

2

**IT IS SO ORDERED.**

_____
**HONORABLE JANET T. NEFF**

We hereby stipulate to the above Order:

/s/AMY J. DEROUIN (w/permission)
AMY J. DEROUIN (P70514)
Attorney for Plaintiff

/s/G. GUS MORRIS_____
G. GUS MORRIS  (P32960)
Attorney for Defendants