UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LETICIA RUDOLPH,

      Plaintiff,

      Case No. 1:17-cv-125

v.

      HON. JANET T. NEFF

DANIEL T. BABINEC, et al.,

      Defendants.

_____/

## ORDER

Pending before the Court is the parties' Stipulated Proposed Order for Stay of Proceedings (ECF No. 62). The Court having reviewed the stipulated proposed order and having concluded that a stay of these proceedings is proper pending resolution of Defendants Daniel T. Babinec and Robert A. Atkinson's appeal to the Sixth Circuit Court of Appeals (ECF No. 60):

**IT IS HEREBY ORDERED** that this matter shall be STAYED and ADMINISTRATIVELY CLOSED until such time the appeal is resolved.

**IT IS FURTHER ORDERED** that the August 16, 2018 motions in limine deadline, the October 1, 2018 final pretrial conference and the October 16, 2018 jury trial are ADJOURNED without date.

**IT IS FURTHER ORDERED** that the parties shall file a Notice of Reopening Case, if any, within fourteen (14) days of resolution of the appeal, which shall have the effect of reopening this case.

Dated: August 14, 2018

      /s/ Janet T. Neff
      JANET T. NEFF
      United States District Judge