UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LETICIA RUDOLPH,

       Plaintiff,                             Case No. 1:17–cv–125

v.                                         Hon. Janet T. Neff

DANIEL T. BABINEC, et al.,

       Defendants.
_____/

## ORDER

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court by February 14, 2020.

      IT IS SO ORDERED.

Dated: January 15, 2020                          /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            U.S. Magistrate Judge