UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LETICIA RUDOLPH,

    Plaintiff,

v

DANIEL T. BABINEC, ROBERT A. ATKINSON, in their individual and official capacities, and the TOWNSHIP OF FRUITPORT,

    Defendants.

Case No. 1:17-cv-125

Hon. Janet T. Neff

| | |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>Amy.derouin@cjtrainor.com | G. GUS MORRIS (P32960)<br>CHRISTOPHER J. RAITI (P68600)<br>**McGRAW MORRIS P.C.**<br>Attorneys for Defendants<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI  48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com<br>craiti@mcgrawmorris.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO ANY PARTY**

    Plaintiff and Defendants, DANIEL T. BABINEC, ROBERT A. ATKINSON and the TOWNSHIP OF FRUITPORT, by and through their respective counsel, having stipulated and agreed to dismiss this matter with prejudice and without costs or attorney fees to any party, and the Court being otherwise advised of the premises:

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs or attorney fees to any party as to Defendants, DANIEL T. BABINEC, ROBERT A. ATKINSON and the TOWNSHIP OF FRUITPORT.

1

This is a final order and closes this matter.

                                                                      HON. JANET T. NEFF
                                                                      United States District Court Judge

Stipulated as to form and entry of this Order:

| CHRISTOPHR J. TRAINOR & ASSOCIATES | **McGRAW MORRIS P.C.** |
|---|---|
| BY:/s/AMY J. DEROUIN (w/consent) | BY: /s/G. GUS MORRIS |
| AMY J. DEROUIN (P70514) | G.GUS MORRIS (P32960) |
| Attorney for Plaintiff | Attorney for Defs Babinec and Atkinson |
| 9750 Highland Road | 2075 W. Big Beaver Road, Suite 750 |
| White Lake, MI  48386 | Troy, MI  48084 |
| (248) 886-8650 | (248) 502-4000 |
| amy.derouin@cjtrainor.com | gmorris@mcgrawmorris.com |